[No. 26534-2-I.   Division One.   October 28, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-00395-9, Norma Smith Huggins, J., entered June 11, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 28752-4-I.   Division One.   October 28, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL AVINGER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-02865-8, Anne L. Ellington, J., entered May 29, 1991. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 27294-2-I.   Division One.   October 28, 1991.]

THE CITY OF SEATTLE, *Respondent*, v. ROGER L. GASTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01939-2, Carmen Otero, J., entered November 16, 1990. *Affirmed* by unpublished per curiam opinion.